UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------

| | | |
|---|---|---|
| ANA E. GONZALEZ, | : | CASE NO. 15-CV-1367 |
| Plaintiff, | : | |
| vs. | : | OPINION & ORDER |
| | : | [Resolving Doc. 1] |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | : | |
| Defendant. | : | |

-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Plaintiff Ana Gonzalez brings claims for wrongful denial of disability insurance benefits ("DIB").[1] On March 6, 2014, Administrative Law Judge George D. Roscoe held a hearing on Gonzalez's benefits application.[2] The ALJ found that Plaintiff Gonzalez was not disabled and denied the application. Magistrate Judge Knepp, II recommends affirming the Administrative Law Judge's denial of benefits, except as to the application of Listing 14.02(A), which should be remanded.[3] The parties have failed to file objections by the deadline, July 28, 2016. For the following reasons, this Court **ADOPTS** the recommendation of the Magistrate Judge and **AFFIRMS IN PART** the ALJ's denial of benefits.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection.[4]

Absent objection, a district court may adopt the Magistrate Judge's report without review.[5] Moreover, having conducted its own review of the complaint[6] and administrative record,[7] the Court agrees with the conclusions of the Magistrate Judge.

---

[1] Doc. 1.
[2] Doc. 18 at 1.
[3] Doc. 18 at 1.
[4] 28 U.S.C. § 636(b)(1).

Case No. 15-CV-1367
Gwin, J.

Accordingly, the Court **ADOPTS** Magistrate Judge Knepp's findings of fact and conclusions of law and incorporates them fully herein by reference.[8]

This Court **ADOPTS** the recommendation of the Magistrate Judge and **AFFIRMS IN PART** the ALJ's denial of benefits.[9]

IT IS SO ORDERED.

Dated: August 11, 2016     *s/      James S. Gwin*
                           JAMES S. GWIN
                           UNITED STATES DISTRICT JUDGE

---

[5] 28 U.S.C. § 636(b)(1) (requiring *de novo* review where the claimant filed objections to the report and recommendation).
[6] Doc. 1.
[7] Doc. 5.
[8] Doc. 18.
[9] The application of Listing 14.02(A) should be remanded pursuant to sentence four for further proceedings consistent with the Report and Recommendation.